DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELISSA LINDA KOZAK,**
Appellant,

v.

**RUSTON MASLEN ABRAMS GROSSE,**
Appellee.

No. 4D18-0935

[October 18, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502016DR012354XXXXSB.

Christopher R. Bruce and Charles J. Thompson of Bruce Law Firm, P.A., West Palm Beach, for appellant.

Ruston Maslen Abrams Grosse, Delray Beach, pro se.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***